IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**UNITED STATES OF AMERICA**                                                      **RESPONDENT**

v.                       No. 4:13-cr-40023

**MARCUS FLOYD**                                                                 **MOVANT**

## O R D E R

The Government has moved to stay this § 2255 proceeding pending the decision of the United States Supreme Court in *Beckles v. United States*, No. 15-8544 (cert. granted June 26, 2016). ECF No. 78. The Court finds it appropriate to stay this action pending the Supreme Court's ruling in *Beckles*. No further pleadings shall be filed with this Court until the Supreme Court issues its ruling in *Beckles*.

The Court **GRANTS** the Government's Motion to Stay. ECF No. 78. **Within twenty (20) days of the Supreme Court issuing a ruling in *Beckles*, both parties are directed to file a brief addressing the applicability of *Beckles* to this matter**. The Government is further directed to file any responsive pleading to the Motion to Vacate (ECF No. 16), within thirty (30) days of the decision in *Beckles*.

Also before the Court is Movant's Motion Supplement his Original Motion to Vacate, Set Aside or Correct Sentence. ECF No. 75. This Motion is **GRANTED**. The Court will consider the Motion to Supplement in this matter when it rules on the pending request for relief pursuant to § 2255.

**IT IS SO ORDERED** this **17th day of October 2016.**

                                                              /s/ Barry A. Bryant
                                                              BARRY A. BRYANT
                                                              U.S. MAGISTRATE JUDGE